UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIEL LEE,

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　ORDER

RICHARD GOLASZEWSKI, et al.,　　　　　　　23-CV-10695 (PMH)

                Defendants.
-------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

This proceeding was transferred in from the United States District Court, District of Connecticut, and assigned to me on December 7, 2023, following Judge Omar A. Williams' Order granting in part and denying in part Defendants' motion to dismiss which was entered on November 13, 2023 (Doc. 32). Pursuant to Federal Rule of Civil Procedure 12(a)(4), a responsive pleading was due on November 27, 2023.

Defendants shall file their answer to the complaint by January 5, 2024.

The parties shall meet and confer and file a joint letter by January 5, 2024 advising the Court as to the status of discovery in this case.

To the extent Judge Williams set a deadline for the filing of dispositive motions and pretrial filings, those deadlines are vacated (*see* Doc. 23). The parties should familiarize themselves with this Court's Individual Practices, available at https://nysd.uscourts.gov/hon-philip-m-halpern.

SO ORDERED:

Dated: White Plains, New York
　　　　December 22, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Philip M. Halpern
　　　　　　　　　　　　　　　　　　　　United States District Judge