PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3166

WRITER'S DIRECT FACSIMILE

(212) 492-0166

WRITER'S DIRECT E-MAIL ADDRESS

aehrlich@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 - 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

2029 CENTURY PARK EAST, SUITE 2000
LOS ANGELES, CALIFORNIA 90067-3006
TELEPHONE: (310) 982-4350

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105

---

In accordance with the parties' stipulation as represented in counsel's letter, Mr. William Bohnsack shall appear for deposition personally and as a Rule 30(b)(6) representative for Oak Hill Advisors, LP on February 13, 2024 at 2:00 p.m. at defense counsel's offices, and if the deposition is not concluded by 6:00 p.m., the deposition shall continue the following day at the same time and location; and counsel for Oak Hill Advisors, LP shall pay the costs associated with the prior deposition dates and fees associated with the preparation of defendants' application. In light of the foregoing, defendants' application to compel and for costs and attorneys' fees is denied as moot. The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 41).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
       January 29, 2024

---

January 29, 2024

**By ECF**

Hon. Philip Halpern
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*Daniel Lee* v. *Richard Golazewski*, et al, No. 7:23-cv-10695

Dear Judge Halpern:

We represent non-party Oak Hill Advisors, LP ("OHA") in connection with the subpoenas served by Defendants on it and its employees in this matter. We write in response to defendants' letter dated January 21, 2024 (ECF 41) and the Court's subsequent Order (ECF 42).

The parties have met and conferred, and agreed that Mr. William Bohnsack will appear for deposition personally and as a Rule 30(b)(6) representative for OHA on February 13, 2024 at 2:00 p.m. at defense counsel's offices, and that if the deposition is not concluded by 6:00 p.m., the deposition shall continue the following day at the same time and location. We have further agreed to pay the costs associated with

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Philip Halpern                                                              2

the prior deposition dates, and fees associated with the preparation of defendants'
application.

        The inadvertent failure to advise counsel that the prior deposition dates
were not practicable due to a conflicting hearing was mine alone (and not OHA's), for
which I sincerely apologize to the Court and counsel for the need for defendant's
application.  The parties respectfully request that the Court so-order the prior paragraph
as a stipulated Order.  We are available to answer any questions the Court may have.

        Respectfully submitted,

*Andrew J. Ehrlich*

Andrew J. Ehrlich

cc:    Counsel of Record (by ECF)