**brownrudnick**

July 1, 2024

> Application granted. The redacted documents (Doc. 69) shall remain the publicly-filed version of plaintiff's opposition letter and Rule 56.1 Statement with responses, and the unredacted version (Doc. 68) shall remain under seal.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 2, 2024

**Via Electronic Case Filing**
The Honorable Philip M. Halpern
United States District Court, Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York 10601

**RE:** *Lee v. Golaszewski and Swentzel*, No. 7:23-cv-10695-PMH

Dear Judge Halpern,

Pursuant to Rule 5 of Your Honor's Individual Practices in Civil Cases, Plaintiff, Daniel Lee, respectfully submits this letter motion requesting permission to redact certain portions of the Rule 56.1 statement (the "56.1 Statement") and Plaintiff's opposition to Defendants' request seeking a pre-motion conference regarding their anticipated motion for summary judgment. On June 7, 2024, Defendants filed their pre-motion letter for summary judgment and the original Rule 56.1 Statement. At that time, the Defendants filed a Motion to Seal seeking to redact certain information in the original Rule 56.1 Statement as well as information in their pre-motion letter. On June 10, 2024, the Court granted the Motion to Seal and approved the redactions. However, on June 10, 2024, the Court directed the parties to re-file the Rule 56.1 Statement on July 1, 2024 and annexed to Plaintiff's response to the Defendant's pre-motion letter. In accordance with the Court's Order, Plaintiff is filing the revised Rule 56.1 Statement contemporaneously herewith and Plaintiff has re-created the redactions that were previously approved by the Court. Likewise, Plaintiff has redacted references in his opposition letter to those redacted portions of the Rule 56.1 Statement that the Court previously approved. For the foregoing reasons, Plaintiff Daniel Lee respectfully request that Court grant Plaintiff's request to redact certain portions of the combined Rule 56.1 Statement and Plaintiff's opposition to Defendants' request seeking a pre-motion conference regarding their anticipated motion for summary judgment.


July 1, 2024
Page 2

**BROWN RUDNICK LLP**

*/s/ Dylan P. Kletter*

cc: Counsel of Record