**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DANIEL LEE,

                Plaintiff,

  -against-                                           23 **CIVIL** 10695 (PMH)

## **JUDGMENT**

RICHARD GOLASZEWSKI, et al.,

                Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 24, 2025, Defendants' motion for summary judgment (Doc. 79) is GRANTED. The motion to seal (Doc. 78) is GRANTED, such that the unredacted versions of the motion papers shall remain under seal (Doc. 80; Doc. 81; Doc. 82; Doc. 83; Doc. 84; Doc. 87), and the redacted versions shall remain the publicly-filed versions (Doc. 86; Doc. 89; Doc. 90). Because the Court finds oral argument unnecessary, the motion for oral argument (Doc. 88) is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

       July 24, 2025

                                                                 **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                               **BY:**           *K. Mango*

                                                                      **Deputy Clerk**